| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>        Defendants. | No. 1:17-cv-00224-DAD-EPG<br><br><u>ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE</u><br><br><u>ORDER TO CLOSE CASE</u> |

      Plaintiff Vester L. Patterson is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 26, 2017, this court adopted findings and recommendations which recommended that plaintiff's motion to proceed *in forma pauperis* be denied under 28 U.S.C. § 1915(g) and that plaintiff be required to pay the required $400.00 filing fee in full to proceed with this action. (Doc. No. 6.) Accordingly, plaintiff was ordered to pay the $400 in full within thirty days or warned that failure to pay the filing fee would result in dismissal of this action. (*Id.*)

/////

/////

1

1     Over thirty days have passed, and plaintiff has failed to pay the $400 filing fee.
2 Accordingly, this case is dismissed without prejudice, and the Clerk of the Court is directed to
3 close this case.
4 IT IS SO ORDERED.

Dated: **August 16, 2017**

_____
UNITED STATES DISTRICT JUDGE